UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
June 6, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEEANN REBECCA HEARN

Defendant.

Case No. 2:24-mj-0069 CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Choose an item. Case No. 2:24-mj-0069 CKD  Charges 18 USC §3606 from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

   x      (Other): Released on previously imposed conditions.

Issued at Sacramento, California on June 6, 2024 at 2:35 PM

By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney